**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

<u>Cashman Equipment Corp.</u>
        Plaintiff

V.

<u>LAD Services of Louisiana, L.L.C., et al</u>
        Defendant

CIVIL ACTION

NO. <u>17-cv-10339-PBS</u>

**<u>SETTLEMENT ORDER OF DISMISSAL</u>**

<u>Saris, USDJ-Chief</u>

    The Court having been advised on <u>  7/30/19  </u> that the above-entitled action has been settled;

    IT IS ORDERED, that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown to reopen the action within **Ninety (90) days** if settlement is not consummated.

                              By the Court,

7/30/19                                    /s/ Maryellen Molloy
Date                                      Deputy Clerk