## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Cashman Equipment Corp
Plaintiff

V.

LAD Services of Louisana, LLC, et al
Defendant

CIVIL ACTION

NO. 17-cv-10339-PBS

### SETTLEMENT ORDER OF DISMISSAL

Saris, USDJ

The Court having been advised on ___6/23/2021___ that the above-entitled action has been settled;

IT IS ORDERED, that this action is hereby dismissed with prejudice to the right of any party, upon good cause shown to reopen the action within **thirty (30) days** if settlement is not consummated.

By the Court,

6/23/2021
Date

/s/ M. Molloy
Deputy Clerk

(DISMISSAL CASHMAN - JUNE 2021 2020wpd.wpd - 12/98)
[stlmtodism.]